UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS HUBRECHT,

                Petitioner,          05 **CIVIL** 5861 (RJH)(FM)

    -against-                      **JUDGMENT**

DALE ARTUZ,

                Respondent.
------------------------------------------------------------X

      Whereas the Honorable Frank Maas, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that petitioner's claims be denied, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, thereafter, on August 11, 2010, having rendered its Memorandum Opinion and Order denying the petition for a writ of Habeas Corpus, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 11, 2010, Hubrecht's petition for a writ of habeas corpus is denied; the Court does not find that reasonable jurists could disagree as to its findings, the Court also denies Hubrecht's request for a certificate of appealability.

**DATED:** New York, New York
           August 13, 2010

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
            BY:

                                      **Deputy Clerk.**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____